UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| COMPUSPACE LC, | ) |
| Plaintiff/Counterclaim-Defendant, | ) ) ) |
| v. | ) ) ) Case No. 4:11-cv-00949-JAR |
| LDM PRODUCTS, INC., d/b/a/ SUBZERO ENGINEERING, | ) ) ) |
| Defendant/Counterclaim-Plaintiff. | ) ) |

## CONSENT JUDGMENT & INJUNCTION

Plaintiff/Counterclaim-Defendant CompuSpace LC ("CompuSpace") and Defendant/Counterclaim-Plaintiff LDM Products, Inc. d/b/a Subzero Engineering ("Subzero") hereby stipulate to the entry of the following injunction and Order:

**WHEREAS**, CompuSpace is the owner of U.S. Patent No. 7,782,625 and U.S. Patent No. 7,944,699; and

**WHEREAS**, CompuSpace commenced this action against Subzero for patent infringement; and

**WHEREAS,** Subzero filed counterclaims against CompuSpace seeking a declaratory judgment of non-infringement and invalidity of U.S. Patent No. 7,782,625 and U.S. Patent No. 7,944,699; and

**WHEREAS,** Subzero represents that it has ceased all manufacture, sale, use, offers for sale, and importation of products practicing the inventions of U.S. Patent No. 7,782,625 and U.S. Patent No. 7,944,699, including its Bend N' Snap™ Blanking Panel product; and

**WHEREAS,** Subzero hereby agrees and acknowledges the claims of U.S. Patent No. 7,782,625 and U.S. Patent No. 7,944,699 are valid and enforceable; and

**WHEREAS,** CompuSpace and Subzero have agreed to amicably resolve this dispute based upon certain terms including the entry of this Consent Judgment and Injunction.

**NOW THEREFORE**, upon consent of the parties hereto, it is hereby **ORDERED ADJUDGED AND DECREED** as follows:

1. Defendant/Counterclaim-Plaintiff Subzero, and its respective employees, partners, officers, directors, agents, representatives, successors, heirs, and assigns, and all persons in active concert or participation with any of them, are hereby permanently enjoined, for the life of each respective patent, from all manufacture, sale, use, offers for sale, and importation of products covered by any of the claims of U.S. Patent No. 7,782,625 and U.S. Patent No. 7,944,699, including, but not limited to, Subzero's Bend N' Snap™ Blanking Panel product, and any other products capable of covering the openings in computer server racks left by missing equipment or unused rack space to prevent air flow into the open spaces on server racks that are covered by any of the claims of U.S. Patent No. 7,782,625 and U.S. Patent No. 7,944,699;

2. Subzero's Bend N' Snap™ Blanking Panel product is hereby found to infringe one or more claims of U.S. Patent No. 7,782,625 and U.S. Patent No. 7,944,699;

3. Except as set forth above, Plaintiff/Counterclaim-Defendant CompuSpace's claims against Defendant/Counterclaim-Plaintiff Subzero, and Defendant/Counterclaim-Plaintiff Subzero's claims against Plaintiff/Counterclaim-Defendant CompuSpace are hereby dismissed with prejudice, with each party to bear its own attorneys' fees and costs.

**IT IS SO ORDERED:**

*[signature: John A. Ross]*

<s>The Honorable John C. Hamilton</s>
United States District Judge

Date: 12/21/2011

[CONSENT SIGNATURES FOLLOW]

STIPULATED AND AGREED TO:

COMPUSPACE LC

By: *[signature]*

Print Name: LAURIE TAYLOR

Title: president

By: *[signature]*

David A. Roodman   No. 38109MO
daroodman@bryancave.com
Benjamin J. Sodey   No. 56512MO
benjamin.sodey@bryancave.com
BRYAN CAVE LLP
One Metropolitan Square
211 North Broadway, Suite 3600
St. Louis, Missouri 63102-2750
Telephone: (314) 259-2000
Facsimile: (314) 259-2020

Robert G. Lancaster   No. 35606MO
rglancaster@bryancave.com
BRYAN CAVE LLP
120 Broadway, Suite 300
Santa Monica, CA 90401-2386
Telephone: (310) 576-2100
Facsimile: (310) 576-2200

*Attorneys for Plaintiff CompuSpace LC*

LDM PRODUCTS, INC. d/b/a SUBZERO ENGINEERING

By: *[signature]* Larry Moines

Print Name: *[signature]*

Title: CEO

By: *[signature]* Keith A. Grady

Keith J. Grady   No. 46757MO
kgrady@polsinelli.com
Karen M. Zelle   No. 63345MO
kzelle@polsinelli.com
POLSINELLI SHUGHART, P.C.
100 South 4th Street, Suite 1000
St. Louis, Missouri 63102
Telephone: (314) 889-8000
Facsimile: (314) 231-1776

*Attorneys for Defendant LDM Products, Inc. d/b/a/ Subzero Engineering*